| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>DEES, JR., HARRY C. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>05/03/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Robert K. Rodibaugh U.S. Bankruptcy Courthouse<br>401 South Michigan Street<br>South Bend, Indiana 46601 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Financial Corp; Terre Haute, Indiana | A | Dividend | J | T | | | | | |
| 2. USAA Federal Savings Bank | B | Int./Div. | L | T | | | L | B | |
| 3. Navy Mutual Aid, Interest Bearing Annuity | C | Int./Div. | K | T | | | | | |
| 4. USAA Cornerstone Strategy Mutual Fund | A | Int./Div. | K | T | | | | | |
| 5. USAA World Grouth Mutual Fund | A | Int./Div. | K | T | | | | | |
| 6. TRUST #1 | | | | | | | | | |
| 7. -3M COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. -ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. -ALTRIA GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. -AMERICAN FUNDS 433 CAP W/G MUTUAL FUND | A | Dividend | J | T | | | | | |
| 11. -APACHE COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. -AT & T COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. -BAXTER INTERNATIONAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. -CHESAPEAKE ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. -CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. -COLGATE PALMOLIVE COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. -DANAHER COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -DOMINION RESOURCES COMMON STOCK | A | Dividend | J | T | | | | | |
| 19.  -ECOLAB COMMON STOCK | A | Dividend | J | T | | | | | |
| 20.  -EVEREST RE GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 21.  -EXELON COMMON STOCK | A | Dividend | | | Sold | 03/18/11 | J | | |
| 22.  -EXXON MOBIL COMMON STOCK | A | Dividend | K | T | Sold (part) | 03/09/11 | J | B | |
| 23.  -FIRST FINANCIAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 24.  -FORD MOTOR COMMON STOCK | | None | J | T | Buy (add'l) | 03/09/11 | J | | |
| 25.  -GENERAL DYNAMICS COMMON STOCK | A | Dividend | J | T | | | | | |
| 26.  -GENERAL ELECTRIC COMMON STOCK | A | Dividend | K | T | | | | | |
| 27.  -HEWLETT PACKARD COMMON STOCK | A | Dividend | J | T | | | | | |
| 28.  -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 29.  -JOHNSON- JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 30.  -LOWES COMMON STOCK | A | Dividend | J | T | | | | | |
| 31.  -MEDTRONIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 32.  -MERCK COMMON STOCK | A | Dividend | J | T | | | | | |
| 33.  -MICROCHIP TECH COMMON STOCK | A | Dividend | J | T | | | | | |
| 34.  -MICROSOFT COMMON STOCK | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -NEXTERRA ENERGY COMMON STOCK | A | Dividend | J | T | Buy | 03/18/11 | J | | |
| 36. -NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 37. -PEPSICO COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. -PHILLIP MORRIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. -PRAXAIR COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. -PROCTER & GAMBLE COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. -QUALCOMM COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. -ROYAL DUTCH SHELL PLC A SHARES FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 43. -SMUCKER J M COMMON STOCK | A | Dividend | K | T | | | | | |
| 44. -STAPLES COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. -TARGET COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. -TEVA PHARMACEUTICALS FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 47. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. -VANGUARD #51 ENERGY MUTUAL FUND | A | Dividend | J | T | | | | | |
| 49. -VERIZON COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. -ALABAMA ST UNIV REV 3.75 DUE 03/01/2012 MUNI BOND | B | Interest | L | T | | | | | |
| 51. -BARTHOLOMEW CNTY IN BLDG FAC 4.25 DUE 07/15/2016 MUNI BOND | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -BOCA RATON FL 3.50 DUE 07/01/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 53. -BROWNSBURG IN 1999 SCH BLDG 4.00 DUE 07/15/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 54. -CENTRAL NINE IND CAREER CTR 4.00 DUE 07/15/15 MUNI BOND | B | Interest | L | T | | | | | |
| 55. -CROWN POINT IND MULTI SCH BLD 3.25 DUE 01/15/2013 MUNI BD | B | Interest | L | T | | | | | |
| 56. -DENTON TEX INDPT SCH DIST SCH 3.50 DUE 08/15/2016 MUNI BON | B | Interest | K | T | | | | | |
| 57. -E/CHICAGO IN MULTI SB 4.00 DUE 01/15/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 58. -FRANKLIN COUNTY OHIO HLTH CARE 5.50 DUE 07/01/2011 MUNI BD | A | Interest | | | Matured | 07/01/11 | J | | |
| 59. -GCS SCH BLDG CORP ONE IND 3.25 DUE 01/15/2013 MUNI BOND | A | Interest | K | T | | | | | |
| 60. -GREENVILLE SC PUB FCS 3.60 DUE 04/01/2013 MUNI BOND | B | Interest | L | T | | | | | |
| 61. -HAMMOND IND MULTI SCH BLDG 4.00 DUE 01/15/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 62. -ILLINOIS HLTH FAC 6.00 DUE 11/15/2017 MUNI BOND | A | Interest | | | Redeemed | 08/01/11 | J | | |
| 63. -IN ST TOLL RD COMM 9.00 DUE 01/01/2015 MUNI BOND | A | Interest | | | Redeemed | 01/01/11 | J | | |
| 64. -INDIANA BOND BANK REV 3.50 DUE 02/01/2012 MUNI BOND | A | Interest | K | T | | | | | |
| 65. -IND HSG & CMNTY DEV S/FMLY 3.95 DUE 01/01/2013 MUNI BOND | A | Interest | K | T | | | | | |
| 66. -IN ST FIN-DUKE ENERGY SER A2 3.375 DUE 01/01/15 MUNI BOND | A | Interest | L | T | Buy | 02/09/11 | K | | |
| 67. -IN ST DEPAUW UNIV - B 4.50 DUE 07/01/2020/19 MUNI BOND | B | Interest | L | T | | | | | |
| 68. -IN ST FIN-ROSE HULMAN 1.60 DUE 06/01/2014 MUNI BOND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IN ST UNIV REV HSG DIN SER A 4.00 DUE 04/01/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 70. -IVY TECH CMNTY COLLEGE S/FEE 4.00 DUE 07/01/2016 MUNI BOND | A | Interest | K | T | | | | | |
| 71. -JACKSONVILLE FLA SALES TAX REV 3.00 DUE 10/01/2012 MUNI BD | C | Interest | M | T | | | | | |
| 72. -MARION CNTY FLA SCH BRD 5.00 DUE 06/01/2025/17 MUNI BOND | B | Interest | L | T | | | | | |
| 73. -MISS DEV WEST RANKIN UTIL 3.35 DUE 01/01/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 74. -MONROE IND CENT SCH BLDG 4.00 DUE 07/15/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 75. -NOBLESVILLE IN-HAZEL DELL 4.25 DUE 02/01/2014 MUNI BOND | B | Interest | K | T | | | | | |
| 76. -NOBLESVILLE IN REDEV AUTH 4.75 DUE 02/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 77. -NW ALLEN IND SCH BLDG CORP 4.00 DUE 01/15/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 78. -PANAMA CITY FLA WTR & SWR 3.75 DUE 10/01/2011 MUNI BOND | B | Interest | | | Matured | 10/03/11 | K | | |
| 79. -PEORIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 80. -PLANTATION FLA HLTH FAC 5.00 DUE 12/01/2014 MUNI BOND | A | Interest | | | Redeemed | 12/01/11 | J | | |
| 81. -PULASKI CNTY SPL SCH DIST 3.55 DUE 02/01/2011 MUNI BOND | A | Interest | | | Matured | 02/01/11 | K | | |
| 82. -SAINT JOSEPH CNTY IN ECON 4.00 DUE 04/01/2023/20 MUNI BOND | | None | L | T | Buy | 12/02/11 | K | | |
| 83. -SOUTH BEND IN CMNTY SCH CORP 3.00 DUE 07/15/2013 MUNI BOND | B | Interest | L | T | | | | | |
| 84. -SOUTH BEND IN CMNTY SCH CORP 2.00 DUE 07/15/2013 MUNI BOND | A | Interest | L | T | | | | | |
| 85. -SOUTH CAROLINA HWY SER A 4.25 DUE 08/01/2017/15 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SOUTH MADISON IND CMNTY SBC 3.80 DUE 01/10/2016 MUNI BOND | B | Interest | L | T | | | | | |
| 87. -SPEEDWAY IN 1.75 DUE 07/15/2015 MUNI BOND | | None | K | T | Buy | 12/16/11 | K | | |
| 88. -SPENCER-OWEN FAC IMPT CORP 2.375 DUE 01/15/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 89. -TERRE HAUTE IND SAN DIST 4.00 DUE 01/01/2016/13 MUNI BOND | B | Interest | L | T | | | | | |
| 90. -TERRE HAUTE IND SAN DIST 3.50 DUE 07/01/2014/12 MUNI BOND | B | Interest | L | T | | | | | |
| 91. -TERRE HAUTE IND SAN DIST 4.10 DUE 07/01/2019/15 MUNI BOND | B | Interest | L | T | | | | | |
| 92. -TEXAS SOUTHERN UNIV REV 4.00 DUE 10/01/2011 MUNI BOND | B | Interest | | | Matured | 10/03/11 | K | | |
| 93. -TEXAS WOMANS UNIV REF FIN 4.25 DUE 07/01/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 94. -WALLINGFORD CT 4.00 DUE 3/15/2022 MUN BD -SEE NOTE IN VIII | A | Interest | K | T | | | | | |
| 95. -WASHINGTON ST CTFS PARTN 4.125 DUE 01/01/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 96. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |
| 97. -WASHINGTON MTR VEHICLE FUEL 5.00 DUE 07/01/2027/17 MUNI BD | B | Interest | L | T | | | | | |
| 98. -WESTFIELD IN H/SCHL 1995 BLDG 4.125 DUE 07/15/2021 MUNI BD | A | Interest | K | T | Buy | 02/22/11 | K | | |
| 99. -YUMA ARIZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BD | B | Interest | L | T | | | | | |
| 100. -ZIONSVILLE IND REDEV AUTH 4.25 08/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 101. -FEDERATED MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 102. TRUST #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 104. -ALLSTATE COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. -AT & T COMMON STOCK | A | Dividend | J | T | | | | | |
| 106. -BP P.L.C. FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 107. -COLGATE PALMOLIVE COMMON STOCK | A | Dividend | J | T | | | | | |
| 108. -CEF UTILITIES SELECT COMMON STOCK | A | Dividend | J | T | | | | | |
| 109. -DANAHER COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. -DUKE ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 111. -ECOLAB COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. -EVEREST RE GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. -FIRST FINANCIAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. -GENERAL DYNAMICS COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. -GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 116. -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 117. -INVESCO COMMON STOCK | A | Dividend | J | T | | | | | |
| 118. -JOHNSON-JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 119. -LOWES COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -MARATHON OIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 121. -MARATHON PETE COMMON STOCK | A | Dividend | J | T | Spinoff (from line 120) | 07/11/11 | J | | |
| 122. -MICROSOFT COMMON STOCK | A | Dividend | J | T | | | | | |
| 123. -NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 124. -PEPSICO COMON STOCK | A | Dividend | J | T | | | | | |
| 125. -PROCTOR & GAMBLE COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. -TEVA PHARMACEUTICALS FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 127. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. -ANDERSON IN ELEC UTIL REV 4.00 DUE 01/01/2018/13 MUNI BOND | B | Interest | L | T | | | | | |
| 129. -BROWN COUNTY WIS 3.75 DUE 11/01/2017/15 MUNI BOND | B | Interest | L | T | | | | | |
| 130. -BROWNSBURG IN 1999 SCH BLDG 4.15 DUE 03/15/2012 MUNI BOND | B | Interest | L | T | | | | | |
| 131. -CROWN POINT IN MULTI SB CORP 3.50 DUE 01/15/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 132. -DENTON TEX INDPT SCH DIST SCH 3.50 08/15/2016 MUNI BOND | A | Interest | K | T | | | | | |
| 133. -EAST ALLEN MULTI SCH BLDG 3.00 DUE 07/10/2018 MUNI BOND | | None | L | T | Buy | 03/24/11 | K | | |
| 134. -FORT WAYNE HOS REV PARKVIEW 5.00 DUE 11/15/2013/12 MUNI BD | B | Interest | K | T | Buy | 01/25/11 | K | | |
| 135. -UNIVERSITY ILLINOIS REVS 4.00 DUE 01/15/2011 MUNI BOND | A | Interest | | | Matured | 01/18/11 | K | | |
| 136. -GREENVILLE HOSP SYS 5.00 DUE 05/01/2025 MUNI BOND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -INDIANA BOND BANK REV 3.50 DUE 02/01/2012 MUNI BOND | B | Interest | K | T | | | | | |
| 138. -FRANKFORT IN WTRWKS REV 2.80 DUE 07/01/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 139. -GREENWOOD CNTY SC HOSP 5.00 DUE 10/01/2023 MUNI BOND | A | Interest | J | T | | | | | |
| 140. -GREENWOOD MIDWEST DISASTER 4.00 DUE 08/01/2017 MUNI BOND | B | Interest | K | T | | | | | |
| 141. -HIGHLAND IN SAN DIST 2.25 DUE 08/01/2011 MUNI BOND | A | Interest | | | Redeemed | 02/01/11 | K | | |
| 142. -HOUSTON TX COMMUNITY COLLEGE 5.00 DUE 04/15/2025 MUNI BOND | A | Interest | | | Redeemed | 04/15/11 | J | | |
| 143. -IN ST FIN-ROSE HULMAN INST 1.60 DUE 06/01/2014 MUNI BOND | A | Interest | L | T | | | | | |
| 144. -IN ST UNIV REV HSG DIN SER A 3.50 DUE 04/01/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 145. -KOKOMO CTR SCHOOL 3.20 DUE 07/15/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 146. -LAKELAND IN SCH BLDG 3.00 DUE 07/15/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 147. -MIAMI CNTY IN HLDG CORP 4.75 DUE 01/15/2018/17 MUNI BOND | B | Interest | L | T | | | | | |
| 148. -MUNCIE IN PUB LIBRARY 3.25 DUE 07/15/2014 MUNI BOND | B | Interest | L | T | | | | | |
| 149. -NEW CARLISLE OLIVE TWP 2.00 DUE 02/01/2014 MUNI BOND | A | Interest | L | T | | | | | |
| 150. -NINEVEH-HENSLEY-JACKSON SCHOOL 3.35 DUE 07/15/2016 MUNI BD | B | Interest | L | T | | | | | |
| 151. -NOBLESVILLE IN ECONOMIC DEV 3.00 DUE 08/01/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 152. -PEOPRIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 153. -PORTER COUNTY IN PUBLIC LBRY 2.80 DUE 07/01/2013 MUNI BD | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DEES, JR., HARRY C. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -SOUTH BEND COMMUNITY SCHOOL 2.00 DUE 07/15/2013 MUNI BOND | A | Interest | L | T | | | | | |
| 155. -TERRE HAUTE IND SAN DIST 3.50 DUE 07/01/2014/12 MUNI BOND | B | Interest | L | T | | | | | |
| 156. -WACHOVIA BANK NA 5.60 DUE 03/15/2016 CORP BOND | C | Interest | L | T | | | | | |
| 157. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |
| 158. -YUMA AZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BOND | B | Interest | L | T | | | | | |
| 159. -ZIONSVILLE CMNTY SCHL BLDG 4.00 DUE 01/10/2020 MUNI BOND | A | Interest | K | T | Buy | 04/06/11 | K | | |
| 160. -MORRIS PLAN .75 DUE 02/01/2011 CERTIFICATE OF DEPOSIT | A | Interest | | | Matured | 02/03/11 | K | | |
| 161. -FEDERATED MONEY MARKET FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 94 - Wallingford CT Muni Bond was transferred and deposited into the Trust in 2011. This security was previously held in a brokerage account which was reported on line 6 of the 2010 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR., HARRY C. | 05/03/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ HARRY C. DEES, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544